IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, |  |
| Plaintiff, | |
| v. | Criminal Action No. 05 – 110 |
| JODY I. JOYCE, | |
| Defendant. | |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about February 8, 2005, in the District of Delaware, JODY I. JOYCE, the defendant, being an employee of MBNA America Bank, N.A. ("MBNA"), the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud MBNA, willfully misapplied and embezzled the sum of $30,000 from MBNA, to wit, in that the defendant deposited a check payable to the order of MBNA that was drawn on the account of Wachovia Bank, N.A., in the sum of $30,000 into her MBNA personal credit card account, in violation of Title 18, United States Code, Section 656.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: December 15, 2005

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE