AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JODY I. JOYCE | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:  CR 05-110-JJF |
| WILMINGTON, DE 19806<br><br>(Name and Address of Defendant) |  |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Room<br>Magistrate Ctrm # 6C, 6th Floor |
|---|---|
| | Date and Time<br>1/5/06 AT 1:00 PM |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

To answer a(n)
X Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

\*\* Please report to the U.S. Marshal's in Room# 100 by 12:00 pm.

Charging you with a violation of Title   18   United States Code, Section(s)   656

Brief description of offense:

EMBEZZLEMENT OF BANK FUNDS BY A BANK EMPLOYEE

RECEIVED 2005 DEC 28 A 5:47

BY: _[signature]_ ; Deputy Clerk

Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

FILED  JAN 9 2006  U.S. DISTRICT COURT  DISTRICT OF DELAWARE

at Wilmington, DE
Date

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date |

| Check one box below to indicate appropriate method of service |
|---|
| Served personally upon the defendant at: _Via Cert mail_ |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was. _____ |
| ☐ Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _1-3-06_
Date

_DW Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.