IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-110-JJF |
| | : | |
| JODY I. JOYCE, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

The defendant, through undersigned counsel, hereby moves this Court for an extension of time to file pretrial motions for the below stated reasons:

1. Ms. Joyce is charged with a single count of Embezzlement of Bank Funds by a Bank Employee, in violation of 18 U.S.C. § 656.

2. Ms. Joyce was arraigned and had her initial appearance on January 5, 2006.

3. The parties have been negotiating a disposition to this case short of trial and needs additional time to accomplish that result.

4. Ms. Joyce will waive any speedy trial claim during this brief continuance.

5. Adam Safwat, Counsel for the Government does not oppose this request.

**WHEREFORE,** for the above reasons, and any such other reason that shall appear to the Court, the defense requests additional time to determine if pretrial motions will be filed. The defense will advise the Court of the case status by March 17, 2006.

/s/
Penny Marshall, Esquire
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Ms. Joyce

Dated:  March 2, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Motion for Extension of Time to File Pretrial Motions is available for public viewing and downloading and was electronically delivered on March 2, 2006 to:

Adam Safwat
Assistant United States Attorney
1007 Orange Street,
Suite 700
Wilmington, DE   19801

/s/
Penny Marshall
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Ms. Joyce

Dated:  March 2, 2006