IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-110-JJF |
| | : | |
| JODY I. JOYCE, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Upon consideration of Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this _____ day of March, 2006, that any pretrial motions shall be filed by March 17, 2006.   The time between the date of this order and March 17, 2006 shall be excludable under the Speedy Trial Act (18 U.S.C. § 1361, et seq.)

 

_____
Honorable Joseph J. Farnan, Jr.
United States District Court