IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-110 JJF |
| JODY I. JOYCE, | : |
| Defendant. | : |

## O R D E R

WHEREAS, on January 5, 2006, the above named Defendant entered a plea of not guilty to the charges pending against her in this Court;

WHEREAS, no pretrial motions have been filed;

IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Monday, April 24, 2006, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and April 24, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 27, 2006
DATE

UNITED STATES DISTRICT JUDGE