IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-110-JJF |
| JODY I. JOYCE, | : |
| Defendant. | : |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about February 8, 2005, in the State and District of Delaware, the defendant, JODY I. JOYCE, did take and carry away, with intent to steal and purloin, a check in the sum of $30,000 that was payable to the order of MBNA America Bank, N.A. ("MBNA"), and that said check belonged to and was in the care, custody and control of MBNA, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat
Assistant United States Attorney

Date: April 6, 2006


FILED
APR 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE