IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-110 JJF |
| JODY J. JOYCE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court entered an Order setting a scheduling conference for April 24, 2006 (D.I. 11);

WHEREAS, the Court received a Memorandum of Plea Agreement in the above-captioned case (D.I. 12);

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that the conference scheduled for April 24, 2006 is canceled and a Rule 11 hearing will be held on **Monday, April 24, 2006, at 12:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 12, 2006
DATE

UNITED STATES DISTRICT JUDGE