IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-110 JJF |
| | : | |
| JODY I. JOYCE, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea
of guilty to Count I of the Information against her in this
Court,

IT IS HEREBY ORDERED that Defendant's sentencing
will be held on **Wednesday, August 2, 2006, at 12:30 p.m.,** in
Courtroom No. 4B on the 4th Floor, Boggs Federal Building,
Wilmington, Delaware.


April 2?, 2006
_____
DATE

_____
UNITED STATES DISTRICT JUDGE