IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JODY I. JOYCE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Criminal Action No. 05-110-JJF<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss the Indictment in this case, pursuant to the terms of the executed Memorandum of Plea Agreement.

                    COLM F. CONNOLLY
                    United States Attorney


                By:_____/s/_____
                    Christopher J. Burke
                    Assistant United States Attorney
                    Nemours Building, Suite 700
                    1007 Orange Street
                    P.O. Box 2046
                    Wilmington, DE 19899-2046
                    302-573-6277, x142

Dated:   August 2, 2006


**IT IS SO ORDERED** this _____ day of _____, 2006.


                    Honorable Joseph J. Farnan, Jr.
                    United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 05-110-JJF |
| JODY I. JOYCE, | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 2nd day of August, 2006, I caused to be filed a **Motion and Order to Dismiss** with the Clerk of the Court. Said document was served electronically via the ECF system on counsel of record as follows:

Penny Marshall, Esq.
Federal Public Defender
Federal Public Defender, District of Delaware
704 King Street, Suite 110
Wilmington, DE  19801

                    /s/
Christopher J. Burke
Assistant United States Attorney