IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-110-JJF |
| JODY I. JOYCE, | ) |
| Defendant. | ) |

### MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss the Indictment in this case, pursuant to the terms of the executed Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

By: /s/
Christopher J. Burke
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x142

Dated: August 2, 2006

**IT IS SO ORDERED** this ____4____ day of ____August____, 2006.

FILED
AUG 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Joseph J. Farnan, Jr.
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-110-JJF |
| | ) |
| JODY I. JOYCE, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 2nd day of August, 2006, I caused to be filed a **Motion and Order to Dismiss** with the Clerk of the Court. Said document was served electronically via the ECF system on counsel of record as follows:

Penny Marshall, Esq.
Federal Public Defender
Federal Public Defender, District of Delaware
704 King Street, Suite 110
Wilmington, DE  19801

                                               /s/
                                     Christopher J. Burke
                                     Assistant United States Attorney